IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | | |
|---|---|---|
| BRUCE DARNELL DOTSON II, #1432390 | § | |
| VS. | § | CIVIL ACTION NO. 4:09cv133 |
| DIRECTOR, TDCJ-CID | § | |

## ORDER OF DISMISSAL

The above-entitled and numbered civil action was heretofore referred to United States Magistrate Judge Don D. Bush, who issued a Report and Recommendation concluding that the petition for a writ of habeas corpus should be dismissed because Petitioner has not yet exhausted his state remedies. Petitioner filed objections.

The Report of the Magistrate Judge, which contains proposed findings of fact and recommendations for the disposition of such action, has been presented for consideration. Having made a *de novo* review of the objections raised by Petitioner to the Report, the Court is of the opinion that the findings and conclusions of the Magistrate Judge are correct and the objections of Petitioner are without merit. Once the Texas Court of Criminal Appeals has issued a ruling on his state writ of habeas corpus, Petitioner may file another federal writ of habeas corpus if he is not satisfied with the State's ruling. The Court hereby adopts the findings and conclusions of the Magistrate Judge as the findings and conclusions of the Court. It is accordingly

**ORDERED** that the petition for a writ of habeas corpus is **DISMISSED** without prejudice.

All motions by either party not previously ruled on are hereby **DENIED**.

SIGNED this 30th day of July, 2009.

*Richard A. Schell*
RICHARD A. SCHELL
UNITED STATES DISTRICT JUDGE